IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3136 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| LAUREANO VALENCIA VARGAS, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has fled and a warrant has been issued for his arrest (filing 25). Accordingly,

IT IS ORDERED that this matter is removed from the trial docket and the government shall call this matter to my attention when the defendant is apprehended.

February 26, 2008.         BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge