IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>LAUREANO VALENCIA VARGAS, a/k/a CARLOS VALENCIA,<br><br>   Defendant. | 4:07CR3136<br><br>ORDER |

  This matter is before the Court on plaintiff's motion for dismissal without prejudice (Filing No. 34) of the Indictment against defendant LAUREANO VALENCIA VARGAS, a/k/a CARLOS VALENCIA, finds the motion should be granted. Accordingly,

  IT IS ORDERED that the motion for dismissal is granted. The Indictment against LAUREANO VALENCIA VARGAS, a/k/a CARLOS VALENCIA is dismissed without prejudice.

  Dated this 14th day of August, 2014.

                BY THE COURT:

                *Richard G. Kopf*
                Senior United States District Judge